DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SADRAC NELSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2250

[November 26, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502004CF013377.

Sadrac Nelson, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***